**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steven WILLIS, Defendant–Appellant.**

No. 04–20581.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Steven Willis, pro se.

Jerome Godinich, Jr., Law Office of Jerome Godinich Jr., Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Steven Willis has moved for leave to with-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

draw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Willis has filed a response, raising claims of ineffective assistance of trial counsel.

Our independent review of the brief, the record, and Willis's response discloses no nonfrivolous issue for appeal. We decline to address Willis's claims of ineffective assistance of counsel on direct appeal, without prejudice to Willis's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See Massaro v. United States,* 538 U.S. 500, 504, 123 S.Ct. 1690, 155 L.Ed.2d 714 (2003); *see also United States v. Higdon,* 832 F.2d 312, 314 (5th Cir.1987).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.